# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| TIMOTHY LAMONT RUFF, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:13-cv-00178-MR |
| | | 4:96-cr-00056-MR-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2013 Order.

July 8, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court